**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDDIE JAMES HICKS, ) Petitioner, ) v. ) ROBERT HERNANDEZ (Warden), ) Respondent. ) | No. CV 06-5634-GW(CW) ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The Court finds that the passage (at Report and Recommendation, p. 19, lines 14-15) reading: "a juror should 'discuss or consider the subject of penalty or punishment,'" should be corrected to read: "a juror should not 'discuss or consider the subject of penalty or punishment.'" Subject to this correction, the Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: September 20, 2011

_____
GEORGE H. WU
United States District Judge