**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDDIE JAMES HICKS, | ) | No. CV 06-5634-GW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT HERNANDEZ (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 20, 2011

_/s/ George H. Wu_
GEORGE H. WU
United States District Judge